UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                      CASE NO: 07-33858
   STEVEN M CHRISTIAN                              (Chapter 13)
   TAMMY D. CHRISTIAN
                               Debtors        JUDGE GUY R. HUMPHREY

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014698**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 34 | NATIONAL CITY BANK<br>BOX 500<br>K A16 2J<br>PORTAGE, MI  49081 | 2,937.70 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/11/2010

Certificate of Service          07-33858

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

STEVEN M CHRISTIAN
TAMMY D. CHRISTIAN
2823 PRENTICE DRIVE
KETTERING, OH  45420

CLAY L WOODS
1344 WOODMAN DRIVE
SUITE F
DAYTON, OH  45432

(56.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(39.1n)
JOHN A SCHUH
2662 MADISON RD
CINCINNATI, OH  45208

(34.1)
NATIONAL CITY BANK
BOX 500
K A16 2J
PORTAGE, MI  49081

(54.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner          sv